IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-449 (LPS) |
| | ) |
| TEVA PHARMACEUTICALS USA INC. | ) |
| and TEVA PHARMACEUTICAL | ) |
| INDUSTRIES LTD., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

WHEREAS this action is related to C.A. No. 16-988 (LPS), which is currently pending before this Court;

WHEREAS Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") have agreed to consolidation of this case with C.A. No. 16-988 (LPS) and to follow the Scheduling Order (D.I. 21) entered in that case on April 18, 2017;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1) This action shall be consolidated with C.A. No. 16-988 (LPS) for all purposes;

2) The parties shall follow the Scheduling Order entered in C.A. No. 16-988 (LPS) (D.I. 21, as entered on March 18, 2017), except that the Parties shall provide their Initial Disclosures on or before July 7, 2017, and Plaintiffs shall provide its Del. Default Standard Paragraph 4(a) disclosures on or before July 7, 2017.

3) All filings shall be made in the lead case C.A. No. 16-988 (LPS) (Consol.).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>I.M. Pei Building<br>1105 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

June 30, 2017

SO ORDERED, this \_\_\_ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE