IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) C.A. No. 16-988-LPS |
| Plaintiff, | ) LEAD CASE |
| | ) (consolidated for discovery purposes) |
| v. | ) |
| | ) C.A. No. 17-449-LPS (related case) |
| CIPLA LIMITED, et al., | ) |
| | ) REDACTED - |
| Defendants. | ) PUBLIC VERSION |
| | ) |

## JOINT STIPULATION AND ORDER OF DISMISSAL

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff Onyx Therapeutics, Inc.*

SHAW KELLER LLP
John W. Shaw (#3362)
Karen E. Keller (#4489)
David M. Fry (#5586)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jshaw@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) C.A. No. 16-988-LPS |
| Plaintiff, | ) LEAD CASE |
| | ) (consolidated for discovery purposes) |
| v. | ) |
| | ) C.A. No. 17-449-LPS (related case) |
| CIPLA LIMITED, et al., | ) |
| | ) REDACTED - |
| Defendants. | ) PUBLIC VERSION |
| | ) |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Onyx Therapeutics, Inc. ("Onyx") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") (together with Plaintiff, "the Parties") hereby stipulate as follows:

WHEREAS the above-captioned action arises out of the filing of Abbreviated New Drug Application ("ANDA") No. 210170 with the United States Food and Drug Administration by Teva, with a certification under 35 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV Certification"), seeking approval to manufacture, market, and sell a 60 mg carfilzomib product (the "Teva ANDA Product") before the expiration of U.S. Patent Nos. 7,417,042; 7,232,818; 7,491,704; 7,737,112; 8,129,346; 8,207,125; 8,207,126; 8,207,127; and 8,207,297 ("the Patents-in-Suit") on the basis that certain claims of the Patents-in-Suit are invalid or will not be infringed by the manufacture, use, or sale of the Teva ANDA Product.

[REDACTED]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, and pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), as follows:

1. █████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████

2. █████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████

3. In reliance on Teva's aforementioned representation and agreements, Onyx consents, agrees and stipulates to dismiss its claims alleging infringement of the Patents-in-Suit by Teva's ANDA Product or ANDA No. 210170.

4. The Parties agree that Onyx's claims of infringement are hereby dismissed, without prejudice.

5. The Parties agree that all of Teva's counterclaims against Onyx are hereby dismissed, without prejudice.

6. █████████████████████████████████████████████████████████████
███████████████████████████████████

7. Each party shall be responsible for its own fees, costs, and expenses in connection with the claims dismissed by this stipulation.

STIPULATED AND AGREED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ David M. Fry* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff Onyx Therapeutics, Inc.*<br><br>OF COUNSEL:<br><br>Lisa B. Pensabene<br>Filko Prugo<br>Margaret O'Boyle<br>Carolyn Wall<br>Eberle Schultz<br>Jenny Liu<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br><br>Wendy A. Whiteford<br>Erica S. Olson<br>Brian Kao<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-1000 | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>David M. Fry (#5586)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jshaw@shawkeller.com<br>dfry@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*<br><br>OF COUNSEL:<br><br>Mark D. Schuman<br>Todd S. Werner<br>Jennell C. Bilek<br>Shelleaha L. Jonas<br>CARLSON, CASPERS, VANDENBURGH,<br>  LINDQUIST & SCHUMAN<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>(612) 436-9600 |

SO ORDERED this _____ day of February, 2018.

_____
The Honorable Leonard P. Stark
United States District Judge